

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-65,038-04

### EX PARTE BRANDON LOHRAN WOODARD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W00-53218-M(D) IN THE 194TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of capital murder and sentenced to imprisonment for life. The Fifth Court of Appeals affirmed his conviction. *Woodard v. State*, No. 05-02-00839-CR (Tex. App.—Dallas April 4, 2003)(not designated for publication).

After a review of the record, we find that Applicant's claim of actual innocence is without merit. Therefore, we deny relief.

Applicant's claims challenging his conviction on the grounds of false evidence, ineffective assistance of counsel, and due process violations are dismissed pursuant to TEX. CODE CRIM. PRO. Art. 11.07 §4.

Delivered: January 15, 2020

Do not publish